IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHARON SHAW, an individual,<br>    Plaintiff,<br><br>v.<br><br>ALORICA, INC., a Foreign For-Profit<br>Business Corporation,<br>    Defendant. | Case No. 13-CV-463-GKF-PJC |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Sharon Shaw, and Defendant, Alorica, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do herby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the refilling thereof. The parties stipulate that they shall bear their own attorneys' fees and costs.

Dates this 28th day of September 2015.

Respectfully submitted by:

/s/Daniel E. Smolen_____
Daniel E. Smolen, OBA #19943
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
Telephone (918) 585-2667
Facsimile (918) 585-2669
**ATTORNEY FOR PLAINTIFF**

and

/s/David N. Tarlow*_____
Robert M. Waxman
David N. Tarlow
John W. Shenk
Ervin Cohen & Jessup LLP

9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
rwaxman@ecjlaw.com
dtarlow@ecjlaw.com
jshenk@ecjlaw.com


J. Ronald Petrikin
P. Bradley Bendure
Conner & Winters, LLP
4000 One Williams Center
Tulsa, OK 74172-0148
rpetrikin@cwlaw.com
bbendure@cwlaw.com
**ATTORNEYS FOR DEFENDANT**

* Signed with the permission of counsel